IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01929-REB-KLM

ALL COPY PRODUCTS, INC.,

    Plaintiff,

v.

HARTFORD CASUALTY INSURANCE COMPANY,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion to Designate Non-Party at Fault More than Ninety (90) Days After Commencement of Litigation** [Docket No. 10; Filed August 21, 2009] (the "Motion").  Defendant informs the Court that Plaintiff does not oppose the relief requested.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that, in conjunction with this Minute Order, the Clerk is directed to file Docket No. 10-2 pages 2-4 as a new document on the record titled "Defendant's Designation of Non-Party at Fault."

Dated:  August 24, 2009