**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  09-cv-01929-REB-KLM

ALL COPY PRODUCTS, INC.,

      Plaintiff,

v.

HARTFORD CASUALTY INSURANCE COMPANY,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation For Dismissal with Prejudice** [#14] filed October 19, 2009.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation For Dismissal with Prejudice** [#14] filed October 19, 2009, is **APPROVED**; and

2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated October 19, 2009, at Denver, Colorado.

                                              BY THE COURT:

                                              /s/ Robert E. Blackburn
                                              Robert E. Blackburn
                                              United States District Judge